IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PLUMBERS & STEAMFITTERS LOCAL NO. 434
HEALTH & WELFARE FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
UNION ASSESSMENT FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
EDUCATION FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
ORGANIZING FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434      Case No. 10-cv-448-wmc
INDUSTRY FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
SUPPLEMENTAL PENSION FUND, and
PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND,

                Plaintiffs,

v.

ALTERNATIVE PLUMBING & MECHANICAL, LLC
and S.A. LAUENSTEIN PLUMBING & MECH, LLC,

                Defendants.

---

## JUDGMENT

This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs against defendants Alternative Plumbing & Mechanical, LLC and S.A. Lauenstein Plumbing & Mech, LLC in the amount of $210,608.55.

_____   _____
Peter Oppeneer, Clerk of Court              7/12/11
                                       Date